IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

BRYAN KEITH RICHARDSON,           )
                                  )
       Plaintiff,                 )
                                  )
v.                                )   Case No. CIV-18-763-D
                                  )
UNITED STATES OF AMERICA, *et al.*,)
                                  )
       Defendants.                )

**O R D E R**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Gary M. Purcell pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) on September 24, 2018. Judge Purcell recommends upon initial screening of the Amended Complaint that Plaintiff's claims against Defendants United States of America, Debra Aynes, K. Deemers, A. Russell, Kristi Egleston, and S. Johnson be dismissed for failure to state a claim upon which relief can be granted, but that Plaintiff's claims against the remaining defendants be allowed to proceed.

Within the time period for an objection, Plaintiff has made a *pro se* filing stating "that he DOES NOT wish to make any objections" and "[t]he Report and Recommendation is fully accepted by the Plaintiff." Pl.'s Resp. [Doc. No. 15] (emphasis in original). Thus, the Court finds that Plaintiff has affirmatively waived further review of the issues addressed in Judge Purcell's Report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 14] is ADOPTED in its entirety. The action against Defendants United States of America, Debra Aynes, K. Deemers, A. Russell, Kristi Egleston, and S. Johnson is DISMISSED pursuant to 28 U.S.C. § 1915A(b)(1). This case remains under referral to Judge Purcell for further proceedings.

IT IS SO ORDERED this 5th day of October, 2018.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE